## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO: 4:24cr37** |
| | ) | |
| **RAQUAN WILLIAMS** | ) | |

### GOVERNMENT'S NOTICE OF PLEA AGREEMENT

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against the defendant. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

JILL E. STEINBERG
UNITED STATES ATTORNEY

*/s/ L. Alexander Hamner*
L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41
Post Office Box 8970
Savannah, Georgia 31412
912-652-4422

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 20th day of September 2024.

Respectfully submitted,

JILL E. STEINBERG
U.S. ATTORNEY

*/s/ L. Alexander Hamner*
L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41
Post Office Box 8970
Savannah, Georgia 31412
912-652-4422